IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWANNA F. ARMSTEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC, SHERYL THOMAS, CMS/Interline Operations Sr. Supervisor Admin Cons.; DOUG SVATAS, Gen Dir Crew Mgmt; KRISTI GIRARD-DEARDORFF, Sr Consultant for Case Mgmt Workforce Resources; TODD PLAGMAN, MGR/Lahan Relations; JERRY GARCIA, Sr Dir Customer Care & Support; KIMBERLY FOSSLANE, Supr Service Lanes; DAN BLANK, Gen Dir CMS; JONATHAN JENSEN, Dir CMS; DAVID MARTINEZ, and JERARDO WILERA, MGR/CMS;<br><br>    Defendants. | **8:22CV418**<br><br>**MEMORANDUM AND ORDER** |

On December 7, 2022, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 3. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 18th day of January, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge